Herby Worthy, appellee, v. Christian H. Birk et al., appellants.

Action to recover damages for opening the grave of plaintiff's

wife and mutilating her body. Judgment for plaintiff. Appeal from the Circuit Court of Jasper county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920.

Albert E. Isley, for appellants. Davidson & Fithian and Andrews & Real, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.